# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Operacelia Southall,

      Plaintiff

v.

Navient Corp.; Navient Solutions, LLC

      Defendants

Case No.: 2:18-cv-02125-JAD-PAL

**Order Dismissing and Closing Case**

[ECF Nos. 6, 8]

    Operacelia Southall seeks to dismiss this removed action.[1]  Although the form that she filed to accomplish this relief was a justice court form, the court liberally construes this pro se filing as a timely request to dismiss under Rule 41(a)(1)(A)(1), as no party has filed an answer or motion for summary judgment.  Accordingly,

    IT IS HEREBY ORDERED that **this action is dismissed** without prejudice under Rule 41(a)(1)(A)(1); defendants' motion to dismiss **[ECF No. 6] is DENIED** as moot; and the Clerk of Court is directed to CLOSE THIS CASE.

    Dated: November 19, 2018

                                                     _____
                                                     U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 8.